# United States Court of Appeals
# for the Federal Circuit

---

February 14, 2018

**ERRATUM**

---

Appeal Nos. 2016-2386, 2016-2387, 2016-2714, 2017-1025

**TRAVEL SENTRY, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**DAVID A. TROPP,**
*Defendant-Appellant*

--------------------------------------------------------------------------------

**DAVID A. TROPP,**
*Plaintiff-Appellant*

**v.**

**CONAIR CORPORATION, BRIGGS & RILEY
TRAVELWARE LLC, EBAGS, INC., EAGLE CREEK,
A DIVISION OF VF OUTDOOR, INC., HP
MARKETING CORP., LTD., L.C. INDUSTRIES, LLC,
MAGELLAN'S INTERNATIONAL TRAVEL
CORPORATION, MASTER LOCK COMPANY LLC,
OUTPAC DESIGNS INC., SAMSONITE
CORPORATION, TRAVELPRO INTERNATIONAL
INC., TRG ACCESSORIES, LLC, TUMI, INC.,**

**WORDLOCK, INC.,**
*Defendants-Cross Appellants*

**VICTORINOX SWISS ARMY, INC.,**
*Defendant-Appellee*

**TITAN LUGGAGE USA, DELSEY LUGGAGE INC.,**
*Defendants*

————————————

Decided: December 19, 2017
Precedential Opinion

————————————

Please make the following change:

On page 20, line 30, replace "constrains" with "constraints."